**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DONNA DOWNS KAWASAKI, | § | |
| | § | |
| Plaintiff, | § | CIVIL NO. 4:25-CV-709-SDJ-AGD |
| | § | |
| v. | § | |
| | § | |
| META PLATFORMS, INC., | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2025, the Magistrate Judge entered a Report, (Dkt. #11), recommending that the case be dismissed without prejudice for Plaintiff's failure to comply with court orders. No Party filed an objection to the Report.[1]

Pursuant to the Report, Plaintiff was twice ordered to submit a completed application to proceed *in forma pauperis* or pay the court's filing fee (Dkt. #11, at p. 3). Plaintiff failed to do so. Moreover, after the Report was entered, Plaintiff submitted another application to proceed *in forma pauperis* (Dkt. #15). Plaintiff's latest application once again fails to explain how she supports her listed dependents and pays her monthly expenses without any source of income.

---

[1] On September 2, 2025, Plaintiff filed a "Motion for Court Support to Secure Representation and Continue Proceedings" (Dkt. #14). Although not an objection to the Report, Plaintiff requests that this case proceed "without dismissal or delay" (Dkt. #14, at p. 2).

Additionally, Plaintiff was twice ordered to cease *ex parte* communications with the Court (Dkt. #6; Dkt. #12). Plaintiff, however, continued to communicate with the Court *ex parte*. Notably, after the Court issued its second Order on August 20, 2025 (Dkt. #12) for Plaintiff to cease all *ex parte* communications with the Court, Plaintiff continued to email the Court on the following dates: once on August 21, 2025; twice on August 24, 2025; once on October 5, 2025; once on October 13, 2025; once on February 17, 2026; and once on April 17, 2026. Clearly, Plaintiff has failed to comply with the orders of the Court.

Thus, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE.**

So ORDERED and SIGNED this 20th day of April, 2026.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2